# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-00047 BG
**Case Name:** KRUTEL, ROBIN L.

**Period Ending:** 12/31/17

**Trustee:** (420410)   Jeffrey A. Moyer
**Filed (f) or Converted (c):** 01/05/17 (f)
**§341(a) Meeting Date:** 02/14/17
**Claims Bar Date:** 09/28/17

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CAMRY 2016 TOYOTA, 8,400 miles, 36 MONTH LEASE B | 22,000.00 | 0.00 | | 0.00 | FA |
| 2 | CAMRY 2004 TOYOTA, 160,000 miles. Entire propert | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | MODEST GOODS AND FURNISHINGS IN RENTED HOUSE; NO | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | 3 TELEVISIONS; COMPUTER; 3 CELL PHONES | 800.00 | 0.00 | | 0.00 | FA |
| 5 | BICYCLE | 20.00 | 0.00 | | 0.00 | FA |
| 6 | CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 7 | COSTUME JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 8 | DOG | 1.00 | 0.00 | | 0.00 | FA |
| 9 | CHECKING AND SAVINGS: CHASE | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Deposits of money: ACCOUNT IN DAUGHTER'S NAME | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Ret. or Pension Acct.: 403(b) WITH SPECTRUM HEAL | 1,300.00 | 0.00 | | 0.00 | FA |
| 12 | Security dep. and prepayments: SECURITY DEPOSIT | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | POTENTIAL ACCRUED 2016 INCOME TAX REFUNDS: Feder | 4,000.00 | 0.00 | | 0.00 | FA |
| 14 | POTENTIAL ACCRUED WAGES | 1,500.00 | 0.00 | | 0.00 | FA |
| 15 | Int. in Ins. policies: TERM INSURANCE VIA EMPLOY | 1.00 | 0.00 | | 0.00 | FA |
| 16 | RIGHT TO RECOVER PREFERENTIAL WAGE GARNISHMENTS | 1,400.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-00047 BG  
**Case Name:** KRUTEL, ROBIN L.  

**Period Ending:** 12/31/17

**Trustee:** (420410)   Jeffrey A. Moyer  
**Filed (f) or Converted (c):** 01/05/17 (f)  
**§341(a) Meeting Date:** 02/14/17  
**Claims Bar Date:** 09/28/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | Preference - Discover (SOFA) | 645.00 | 0.00 | | 0.00 | FA |
| 18 | Poss. Preference - Landlord  (u) | 1,595.00 | 0.00 | | 0.00 | FA |
| 19 | Poss. Preference - S. Galdys  (u) | 865.00 | 0.00 | | 0.00 | FA |
| 20 | Poss. Preference - T. Chapman  (u) | 1,500.00 | 0.00 | | 0.00 | FA |
| 21 | Poss. §549 Cause-of-Action  (u) | 1,200.00 | 1,200.00 | | 0.00 | 1,200.00 |
| 21 | **Assets**   Totals  (Excluding unknown values) | **$46,727.00** | **$1,200.00** | | **$0.00** | **$1,200.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   January 4, 2019        **Current Projected Date Of Final Report (TFR):**   January 4, 2019